FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA LAWTON, a single person,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYWEST AIRLINES INC., a foreign profit corporation,<br><br>    Defendant. | No. 2:23-CV-00220-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is Parties' Stipulation for Dismissal, ECF No. 30. Plaintiff is represented by Joshua Maurer. Defendant is represented by Aaron Bigby and Melissa Daniels.

Due to a settlement agreement, the Parties have requested the Court dismiss the case with prejudice and without costs to any party.

//
//
//
//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. All claims are hereby **DISMISSED with prejudice** and **without costs** to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 31st day of May 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL *2**